868 A.2d 289

IN THE MATTER OF STEVEN A. PASTERNAK, AN ATTORNEY AT LAW (ATTORNEY NO. 024961982).

February 25, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–246, concluding that **STEVEN A. PASTERNAK** of **LIVINGSTON**, who was admitted to the bar of this State in 1982, and who has been temporarily suspended from practice since October 4, 2001, should be disbarred for the knowing misappropriation of trust funds in violation of *RPC* 1.15;

And **STEVEN A. PASTERNAK** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **STEVEN A. PASTERNAK** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **STEVEN A. PASTERNAK** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.